FILED
2014 Mar-26  AM 09:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

Northern District of Alabama

Office of the Clerk

Room 140, 1729 5th Avenue North

Birmingham, Alabama 35203

(205) 278-1700

Sharon N. Harris
Clerk

| | |
|---|---|
| ENGINEERED ARRESTING SYSTEMS CORPORATION, | } } |
| Plaintiff, | } |
| v. | }  Case Number:  5:14-CV-518-CLS |
| | } |
| ATECH, INC., et al., | } |
| Defendants. | } |

## NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the Honorable Madeline Hughes Haikala.  Please use case number 5:14-CV-518-MHH on all subsequent pleadings.

DATED:  March 26, 2014

SHARON N. HARRIS, CLERK

By: /s/ A. Ingleright
Deputy Clerk

SNH:ahi

xc:   Judges
      Counsel