FILED
2014 May-01 PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# **EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ENGINEERED ARRESTING SYSTEMS CORPORATION**,<br><br>    Plaintiff,<br><br>v.<br><br>**ATECH, INC., SANG SHIN, KWAE SHIN, PHILIP AHAGEN, KIM GUIMARIN, SCAMA AB, and HAROLD AHAGEN,**<br><br>    Defendants. | Civil Action No. 5:14-cv-00518-CLS<br><br>Jury Trial Demanded |
| **ATECH, INC., PHILIP AHAGEN, SCAMA AB, and HAROLD AHAGEN,**<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>**ENGINEERED ARRESTING SYSTEMS CORPORATION,**<br><br>    Counterclaim-Defendant. | |
| **ATECH, INC.,**<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>    Third-Party Defendant. | |

**PLAINTIFF'S NOTICE OF RULE 30(b)(6) DEPOSITION OF DEFENDANT ATECH, INC. CONCERNING PERSONAL JURISDICTION**

1

Please take notice that, pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, and pursuant to the Court's [_____], 2014 Order, Plaintiff/Counterclaim-Defendant Engineered Arresting Systems Corporation ("ESCO") will take the deposition upon oral examination of Defendant/Counterclaim-Plaintiff Atech, Inc. ("Defendant") at a time and place agreed upon by the parties, and continuing from day to day until complete.

The testimony will be recorded by stenographic means and may be videotaped. The deposition will take place pursuant to the Federal Rules of Civil Procedure. The deposition is being taken for purposes of ESCO's response to Defendant's Partial Motion to Dismiss and any other purpose permitted by the Federal Rules of Civil Procedure and Evidence or the Court.

Defendant is directed to designate one or more officers, directors, managing agents or other persons who consent to testify on its behalf regarding the topics identified in below. Such person(s) shall be the most knowledgeable, qualified, and competent to testify on Defendant's behalf as to all matters known or reasonably available to Defendant regarding the topics identified below.

## DEFINITIONS

The Definitions set forth in Plaintiff's Interrogatories Concerning Personal Jurisdiction are incorporated here.

## **TOPICS**

1. The Swedish Defendants' contacts with the State of Alabama.

2. Communications between the Swedish Defendants and Persons in the State of Alabama respecting Defendants' goods or services.

3. Defendant SCAMA AB's ownership of Defendant.

4. Defendant's response to the October 23, 2012 solicitation by the United States Air Force, through the Foreign Military Sales Program, for BAK-12 and PORTARREST® brand aircraft arresting systems for the Polish Air Force's use at its Mińsk Mazowiecki air force base.

5. The length and nature of Defendant's relationship with Defendant SCAMA AB, including but not limited to Defendant SCAMA AB's level of control over Defendant.

6. Defendant SCAMA AB's financing of Defendant's activities or business or other provision of funds to Defendant by Defendant SCAMA AB.

7. Defendant SCAMA AB's purchase of Defendant.

8. Any contract or agreement between any of the Swedish Defendants and Defendant.

9. Communications between any of the Swedish Defendants and Defendant related to either Defendants' business or goods and services.

10. Contracts or other agreements between any of the Swedish Defendants and any Person who was located in the State of Alabama at the time of the contract or agreement or performed any of the work associated with the contract or agreement in the State of Alabama.

11. Any meetings, seminars, or other events in the State of Alabama attended by Defendant related to Defendant SCAMA AB's goods or services.

12. Defendant's advertising, marketing, promotional, and sales activities of Defendants occurring in, directed toward, or published, distributed, or made available in the State of Alabama or to any Persons in the State of Alabama, including, but not limited to, all reports or spreadsheets tracking sales, marketing, promotional, advertising efforts, and emails sent by Defendants to Persons for purposes of promoting their goods or services.

13. Defendant's sale of goods or services made by Defendant to or for Persons in the State of Alabama.

14. Any insurance owned by any of the Swedish Defendants covering any activity, transaction, or business relationship in the State of Alabama.

15. Any license held by any of the Swedish Defendants to conduct business or any activity in the State of Alabama.

16. Taxes paid by any of the Defendants to the State of Alabama or any political subdivision.

17. Defendant's gross revenues from the sale, license, provision, promotion or distribution of goods and services to or from Persons located in the State of Alabama, including advertising revenue gained from publication of advertisements for businesses, products, or services located in the State of Alabama.

18. Defendant SCAMA AB's gross revenues, profits, distributions, and any other income received from, through, by way of, or in relation to its ownership of Defendant.

19. Documents produced by Defendants in this action.

20. Defendants' answers to Plaintiff's Interrogatories Concerning Personal Jurisdiction.

Dated: May 1, 2014          BY:

|  | /s/ William H. Brewster |

/s/ William H. Brewster
William H. Brewster (admitted *pro hac vice*)
Dean W. Russell (admitted *pro hac vice*)
Jennifer Fairbairn Deal (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, N.E., Suite 2800
Atlanta, Georgia 30309
Tel. No.: 404-815-6500
Facsimile: 404-815-6555
Email: bbrewster@kilpatricktownsend.com
       drussell@kilpatricktownsend.com
       jdeal@kilpatricktownsend.com

OF COUNSEL:

Daniel Kaufmann
Frank M. Caprio
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900
Telephone: (256) 517-5100
Facsimile: (256) 517-5200
Email: dkaufmann@babc.com
      fcaprio@babc.com

*Attorneys for Plaintiff Engineered Arresting Systems Corporation*