FILED
2017 May-10 AM 09:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1 TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,201,081

Registered Nov. 3, 1998

## TRADEMARK
### PRINCIPAL REGISTER

### F/A-18E

MCDONNELL DOUGLAS CORPORATION (MARYLAND CORPORATION)
5301 BOLSA AVENUE
HUNTINGTON BEACH, CA 926472099

FOR: AIRPLANES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-7-1995; IN COMMERCE 12-7-1995.

SER. NO. 75-270,859, FILED 4-4-1997.

VIVIAN MICZNIK FIRST, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,212,331

Registered Dec. 22, 1998

## TRADEMARK
### PRINCIPAL REGISTER

### F–15

MCDONNELL DOUGLAS CORPORATION (MARYLAND CORPORATION)
5301 BOLSA AVENUE
HUNTINGTON BEACH, CA 926472099

FOR: AIRCRAFT, NAMELY, AIRPLANES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-26-1972; IN COMMERCE 6-26-1972.

SER. NO. 75-276,580, FILED 4-17-1997.

VIVIAN MICZNIK FIRST, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,225,628
Registered Feb. 23, 1999

## TRADEMARK
### PRINCIPAL REGISTER

### F-16

LOCKHEED MARTIN CORPORATION (MARYLAND CORPORATION)
6801 ROCKLEDGE DRIVE
BETHESDA, MD 20817

FOR: JET AIRCRAFT, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-22-1980; IN COMMERCE 7-22-1980.

SER. NO. 75-402,194, FILED 12-8-1997.

LESLEY LAMOTHE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,225,628
Registered Feb. 23, 1999

## TRADEMARK
### PRINCIPAL REGISTER

### F-16

LOCKHEED MARTIN CORPORATION (MARYLAND CORPORATION)
6801 ROCKLEDGE DRIVE
BETHESDA, MD 20817

FOR: JET AIRCRAFT, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-22-1980; IN COMMERCE 7-22-1980.

SER. NO. 75-402,194, FILED 12-8-1997.

LESLEY LAMOTHE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

Reg. No. 2,244,503

## United States Patent and Trademark Office

Registered May 11, 1999

## TRADEMARK
## PRINCIPAL REGISTER

P–3

LOCKHEED MARTIN CORPORATION (MARYLAND CORPORATION)
6801 ROCKLEDGE DRIVE
BETHESDA, MD 20817

FOR: MILITARY AIRCRAFT, NAMELY, A MARITIME PATROL AIRCRAFT, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-1-1959; IN COMMERCE 1-1-1959.

SER. NO. 75-429,183, FILED 2-5-1998.

THEODORE MCBRIDE, EXAMINING ATTORNEY

Int. Cl.: **13**

Prior U.S. Cls.: **2 and 9**

**United States Patent and Trademark Office**

Reg. No. **2,730,092**
Registered **June 24, 2003**

## TRADEMARK
### PRINCIPAL REGISTER

## PAC-3

LOCKHEED MARTIN CORPORATION (MARYLAND CORPORATION)
6801 ROCKLEDGE DRIVE
BETHESDA, MD 20817

FOR: GUIDED MISSILES, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 9-30-2001; IN COMMERCE 9-30-2001.

SN 76-260,454, FILED 5-23-2001.

CATHERINE CAIN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,908,650
Registered Dec. 7, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# UH-1Y

BELL HELICOPTER TEXTRON INC. (DELAWARE CORPORATION)
P.O. BOX 482
FORT WORTH, TX 76101

FOR: FLYING VEHICLES, NAMELY, HELICOPTERS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-20-2001; IN COMMERCE 12-20-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-327,051, FILED 11-12-2003.

GINA FINK, EXAMINING ATTORNEY

Int. Cl.: **12**

Prior U.S. Cls.: **19, 21, 23, 31, 35 and 44**

**United States Patent and Trademark Office**

Reg. No. 2,928,806
Registered Mar. 1, 2005

## TRADEMARK
PRINCIPAL REGISTER

# AH-1Z

BELL HELICOPTER TEXTRON INC. (DELAWARE CORPORATION)
P.O. BOX 482
FORT WORTH, TX 76101

FOR: FLYING VEHICLES, NAMELY, HELICOPTERS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-7-2000; IN COMMERCE 12-7-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-327,346, FILED 11-13-2003.

SEAN DWYER, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,949,937
Registered May 10, 2005

## TRADEMARK
### PRINCIPAL REGISTER

### F-22

LOCKHEED MARTIN CORPORATION (MARYLAND CORPORATION)
6801 ROCKLEDGE DRIVE
BETHESDA, MD 20817

FOR: JET AIRCRAFT AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-31-1998; IN COMMERCE 12-31-1998.

SN 78-223,414, FILED 3-10-2003.

H. M. FISHER, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 3,063,307
Registered Feb. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## V-22

BOEING MANAGEMENT COMPANY (DELAWARE CORPORATION)
M/C 110-SB70
2201 SEAL BEACH BOULEVARD
SEAL BEACH, CA 907401515 AND
BELL HELICOPTER TEXTRON INC. (DELAWARE CORPORATION)
600 EAST HURST BOULEVARD
HURST, TX 75063

FOR: HELICOPTERS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 5-23-1988; IN COMMERCE 5-23-1988.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-580,377, FILED 3-4-2005.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

United States Patent and Trademark Office

Reg. No. 3,456,918
Registered July 1, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# C17

MCDONNELL DOUGLAS CORPORATION (MARYLAND CORPORATION)
M/C 110 SB 36
2201 SEAL BEACH BOULEVARD
SEAL BEACH, CA 90740

FOR: MILITARY TRANSPORT AIRCRAFT, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 5-15-1998; IN COMMERCE 5-15-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-236,469, FILED 7-23-2007.

GEORGE LORENZO, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# C-130J

| | |
|---|---|
| **Reg. No. 3,884,678** | LOCKHEED MARTIN CORPORATION (MARYLAND CORPORATION) |
| **Registered Dec. 7, 2010** | 6801 ROCKLEDGE DRIVE<br>BETHESDA, MD 20817 |
| **Int. Cl.: 12** | FOR: AIRPLANES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44). |
| **TRADEMARK** | FIRST USE 12-31-1998; IN COMMERCE 12-31-1998. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 3,079,714. |
| | SER. NO. 77-462,136, FILED 4-30-2008. |
| | TASNEEM HUSSAIN, EXAMINING ATTORNEY |



*Director of the United States Patent and Trademark Office*

# United States of America
### United States Patent and Trademark Office

# C-130

| | |
|---|---|
| **Reg. No. 3,975,649** | LOCKHEED MARTIN CORPORATION (MARYLAND CORPORATION) <br> 6801 ROCKLEDGE DRIVE |
| **Registered June 7, 2011** | BETHESDA, MD 20817 |
| **Int. Cl.: 12** | FOR: AIRPLANES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44). |
| **TRADEMARK** | FIRST USE 12-31-1956; IN COMMERCE 12-31-1956. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |

OWNER OF U.S. REG. NO. 3,079,714.

SN 78-762,204, FILED 11-29-2005.

MARIAM MAHMOUDI, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# F-35

| | |
|---|---|
| **Reg. No. 3,799,192** | LOCKHEED MARTIN CORPORATION (MARYLAND CORPORATION)<br>6801 ROCKLEDGE DRIVE |
| **Registered June 8, 2010** | BETHESDA, MD 20817 |
| **Int. Cl.: 12** | FOR: AIRPLANES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44). |
| **TRADEMARK** | FIRST USE 11-13-2009; IN COMMERCE 11-13-2009. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 2,826,332, 2,830,735 AND OTHERS. |
| | SER. NO. 77-849,132, FILED 10-15-2009. |
| | SUE LAWRENCE, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office